[No. 61479-7-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER RAY HAWKER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-01348-5, Steven J. Mura, J., entered March 3, 2008. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 63144-6-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LOA KATHLEEN MILLER-SHELTON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-00684-5, Charles R. Snyder, J., entered February 17, 2009. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Grosse and Lau, JJ.

[No. 63524-7-I.   Division One.   March 7, 2011.]

DONNA BRESKE ET AL., *Appellants*, v. THE CITY OF EDMONDS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-08223-5, Eric Z. Lucas, J., entered April 23, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.

[No. 64098-4-I.   Division One.   March 7, 2011.]

FREMONT NEIGHBORHOOD COUNCIL ET AL., *Appellants*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-41324-1, Theresa B. Doyle, J., entered July 31, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Appelwick, J.